THE STATE, EX REL. ZIMMERMAN, ET AL. *v.* CHAPMAN ET AL.

[No. 3,313,    Filed December 20, 1900.]

From the DeKalb Circuit Court.    *Affirmed.*

*F. S. Roby* and *S. A. Harper,* for appellants.

*W. W. Sharpless,* for appellees.

COMSTOCK, J.—This is an action against a township trustee and his sureties to recover for alleged breaches of the official bond of the trustee. The complaint charges that the relators are the good-faith holders by assignment indorsed thereon of a warrant which had been wrongfully issued by the trustee.

The only question presented is the sufficiency of the complaint. This question was passed upon in *State* v. *Hawes,* 112 Ind. 323, and *Grimsley* v. *State,* 116 Ind. 130, adversely to appellants. The authorities are not in accord upon the questions involved, but the above decisions preclude further discussion by this court.

Judgment affirmed.

---

JOHNSON ET AL. *v.* BARLOW.

[No. 3,257.    Filed Nov. 14, 1900.    Rehearing denied Feb. 1, 1901.]

From the Tipton Circuit Court.    *Affirmed.*

*W. R. Oglebay* and *F. S. Oglebay,* for appellants.

*Gifford & Coleman,* for appellee.

ROBINSON, C. J.—This was a proceeding by precept to collect an assessment for a street improvement. All the questions discussed by counsel are controlled by the principles announced in the case of *Fralich* v. *Barlow,* 25 Ind App. 383, and upon the authority of that decision the judgment below is affirmed,